IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MILTON CORZO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Case No. 16-233 |
| | ) | |
| SAFARI BORZOO, and DAY & ROSS | ) | |
| TRANSPORTATION, A Foreign | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

NOW COMES the Plaintiff, MILTON CORZO, by and through his attorneys, LAW OFFICE OF JEFF GREEN, P.C., complaining of the Defendants, SAFARI BORZOO, and DAY & ROSS TRANSPORTATION, A Foreign Corporation, for a cause of action states as follows:

## THE PARTIES

1.      Plaintiff, MILTON CORZO is an adult United States citizen and citizen of the State of Florida residing in Naples, Florida.

2.      Defendant, DAY AND ROSS TRANSPORTATION, is a Canadian corporation whose principal place of business is located at 225 Haggart Ave, Winnipeg, MB R2R 2W2, Canada.

3.      Defendant, SAFARI BORZOO, is a Canadian citizen residing in Ontario, Canada.

## JURISDICTION/VENUE

4.      The amount of the controversy exceeds seventy-five thousand dollars

1

(>$75,000.00), exclusive of costs and interest, and diversity jurisdiction exists pursuant to 28 U.S.C. §1332.

5.　　　Venue is proper in this jurisdiction pursuant to §1391 in that the events and/or omissions giving rise to this claim occurred within the Southern District of Illinois.

6.　　　Assignment of this case in Benton is proper pursuant to Local Rule 40.1 in that the events and/or omissions giving rise to this claim occurred within Effingham County, State of Illinois.

## <u>COUNT I</u>

Plaintiff, MILTON CORZO, complaining of Defendant, SAFARI BORZOO, states as follows:

7.　　That the occurrence herein complained of occurred on January 12, 2015, at approximately 2:45 p.m.

8.　　That the occurrence herein complained of took place at the Pilot Truck Stop at 2500 North Third Street, City of Effingham, County of Effingham, State of Illinois.

9.　　That at the aforesaid time and place, the Plaintiff, MILTON CORZO, was operating a 1999 Freightliner Semi-Tractor Trailer which was parked in a designated parking space at the aforementioned Pilot Truck Stop at 2500 North Third Street, City of Effingham, County of Effingham, State of Illinois.

10.　　That at the aforesaid time and place, the Defendant, SAFARI BORZOO, was operating a 2006 Volvo VNL Semi-Tractor Trailer, backing into the parking spot in front of Plaintiff's vehicle, striking the front of Plaintiff's vehicle.

11.　　That at the aforesaid time and place, the Plaintiff, MILTON CORZO, was

2

legally parked in the aforesaid location and sleeping in the top bunk in the cabin of his vehicle.

12.    That at the aforesaid time and place, the Defendant, SAFARI BORZOO, backed into the vehicle in which Plaintiff was sleeping, knocking Plaintiff down and causing injuries to the Plaintiff.

13.    That at the aforesaid time and place, the Defendant, SAFARI BORZOO, had a duty to use ordinary and reasonable care and caution in the operation of the Defendant's vehicle.

14.    That at the aforesaid time and place, there was in full force and effect the following Illinois Compiled Statutes, 1994:

(a)    625 ILCS 5/11-1402 (a):

The driver of a vehicle shall not back the same unless such movement can be made with safety and without interfering with other traffic.

15.    That at the aforesaid time and place, the Defendant was negligent in one or more of the following:

(a)    Defendant failed to keep a proper lookout ahead;

(b)    Defendant failed to maintain proper control over his vehicle;

(c)    Defendant violated 625 ILCS 5/11-601(a) in that the Defendant failed to decrease the speed of his vehicle to avoid colliding with the Plaintiff's vehicle;

(d)    Defendant violated 625 ILCS 5/11-1402(a) in that the Defendant backed into the parking spot without first ascertaining that such movement could be safely made.

16.    At the aforesaid time and place Plaintiff, MILTON CORZO, was injured.

3

17.     That as a proximate result of the collision, the Plaintiff, MILTON CORZO, suffered pain and will suffer pain.

18.     That as a proximate result of the collision, the Plaintiff, MILTON CORZO has suffered and will suffer disability.

19.     That as a proximate result of the collision, the Plaintiff, MILTON CORZO has suffered and will suffer disfigurement.

20.     That as a proximate result of the collision, the Plaintiff, MILTON CORZO has incurred medical expenses and will be forced to pay various sums for hospital, medical and surgical expenses for treatment of injuries in the future.

21.     That as a proximate result of the collision, the Plaintiff, MILTON CORZO sustained a loss of normal life and is reasonably certain to sustain loss of a normal life in the future.

22.     That as a proximate result of the collision, the Plaintiff, MILTON CORZO was and will be hindered and prevented from attending to usual business and affairs, and lost and will lose sums of money which he otherwise would have acquired and earned.

WHEREFORE, the Plaintiff, MILTON CORZO, prays judgment against Defendant SAFARI BORZOO for a sum in excess of the jurisdictional requirements of this Court, costs of suit, and any other relief that this honorable Court finds fair and just AND DEMANDS THAT THE ISSUES HEREIN CONTAINED BE TRIED BY A JURY.

## COUNT II

Plaintiff, MILTON CORZO complaining of the Defendant, DAY & ROSS TRANSPORTATION, A Foreign Corporation, states as follows:

4

23-38.    Plaintiff restates and re-alleges Paragraphs Seven through Twenty-two of this Complaint, as and for Paragraphs Twenty-three through Thirty-eight of Count II of Plaintiff's Complaint.

39.    At the aforesaid time and place, Defendant, SAFARI BORZOO, was an agent and/or employee of the Defendant, DAY & ROSS TRANSPORTATION.

40.    At the aforesaid time and place Defendant SAFARI BORZOO was acting within the scope of his employment and/or agency with the Defendant DAY & ROSS TRANSPORTATION.

41.    At the aforesaid time and place Defendant DAY & ROSS TRANSPORTATION was negligent in one or more of the following acts or omissions by and through its employee and/or agent SAFARI BORZOO:

(a)    Defendant failed to keep a proper lookout ahead;

(b)    Defendant failed to maintain proper control over his vehicle;

(c)    Defendant violated 625 ILCS 5/11-601(a) in that the Defendant failed to decrease the speed of his vehicle to avoid colliding with the Plaintiff's vehicle;

(d)    Defendant violated 625 ILCS 5/11-1402(a) in that the Defendant backed into the parking spot without first ascertaining that such movement could be safely made.

WHEREFORE, Plaintiff MILTON CORZO, prays judgment against Defendant DAY & ROSS TRANSPORTATION, for a sum in excess of the jurisdictional requirements of this Court, costs of suit, and any other relief that this honorable Court finds fair and just AND DEMANDS THAT THE ISSUES HEREIN CONTAINED BE TRIED BY A JURY.

Respectfully Submitted,

MILTON CORZO, Plaintiff

By:___/s/ Jeff Green_____
        JEFF GREEN

Jeff Green #6275034
LAW OFFICE OF JEFF GREEN, P.C.
316 SW Washington St. Unit 1A
Peoria IL 61602
Tel:    309-699-0111
Fax:   309-699-4693