# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MILTON CORZO** | ) |
| | ) |
| Plaintiff, | )   Case Number: 16-cv-0233-MJR-SCW |
| | ) |
| v. | ) |
| | ) |
| **SAFARI BORZOO et al.,** | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

## JUDGMENT IN A CIVIL ACTION

Pursuant to the Order dated January 20, 2017 (reflecting the parties' settlement), this case is dismissed with prejudice, each party to bear his/its own costs unless otherwise provided in the settlement documents.

Dated: March 28, 2017

                                           JUSTINE FLANAGAN, Acting Clerk of Court
                                           *s/ Reid Hermann*
                                           Deputy Clerk

Approved: *s/ Michael J. Reagan*
               MICHAEL J. REAGAN
               United States District Judge